Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Victorialyn Nicks*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Victorialyn Nicks,<br><br>                    Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC et al,<br><br>                    Defendants. | Case No.: 2:22-cv-01432-RFB-NJK<br><br>**Stipulation for dismissal of Plusfour, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Victorialyn Nicks and Plusfour, Inc. stipulate to dismiss Plaintiff's claims against Plusfour, Inc. with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 20, 2022.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Victorialyn Nicks*

**SHUMWAY VAN**

/s/ Garrett Chase
Garrett Chase, Esq.
Reagan Weber, Esq.
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Counsel for Plusfour, Inc.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 18th day of January, 2023.

STIPULATION                          - 2 -